UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

| IN RE: | UNCLAIMED DIVIDENDS FOR DEPOSIT TO REGISTRY FUND |
|---|---|
| RONALD S JOHNSON<br>DIANE L JOHNSON<br>Debtor(s) | CASE NO. BKY 06-41675 RJK |

Jasmine Z. Keller, Chapter 13 Trustee, reports that distributions to Dr. Barb Preston Broesder DDS in the amount of $76.83, were unclaimed.

CREDITOR:
Dr. Barb Preston Broesder DDS
4800 Nicollet S
Minneapolis, MN 55419-5511

CLAIM NUMBER:
21

AMOUNT:
$76.83

ACCOUNT NUMBER:
xxx-xx-4216

**Jasmine Z. Keller, Trustee**

Dated: November 10, 2010

/s/ Jasmine Z. Keller/jj
Jasmine Z. Keller, Trustee

**DISTRIBUTION:**
Original and one copy to Clerk of Court
One copy to United States Trustee